Cynthia Z. Levin, Esq.
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICE RICHARDS-KEATING,** | ) Case No. 3:13-cv-00409 |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **SENTRY CREDIT, INC.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation and Order for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 20th day of August, 2013.

>   By: /s Cynthia Z. Levin
>       **Cynthia Z. Levin, Esq. (PA 27050)**
>       **Law Offices of Todd M. Friedman, P.C.**
>       **Attorney for Plaintiff**

Notice of Settlement - 1

Filed electronically on this 20th day of August, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

United States District Court
Eastern District of Pennsylvania

Patricia A. Fecile-Moreland
MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.
1800 John F. Kennedy Blvd., Suite 1900
Philadelphia PA 19103

This 20th day of August, 2013.

s/Cynthia Z. Levin
Cynthia Z. Levin