IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Alice Richards-Keating              :
                                    :
           Plaintiff,               : (Judge Conaboy)
      vs.                           :
                                    :3:13-CV-409
Sentry Credit, Inc.                 :
                                    :
           Defendant.               :

FILED
SCRANTON

AUG 22 2013

PER_____
         DEPUTY CLERK

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed with prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

*/s/ Richard P. Conaboy*
Richard P. Conaboy
United States District Judge

DATE: August 22, 2013